No. 11–0546/AR.   U.S. v. Stephen R. Rhoten.   CCA 20080971.   On consideration of Appellant's motion for enlargement of time to file the supplement to the petition for grant of review, it is ordered that said motion is hereby granted up to and including July 7, 2011.

Monday, June 27, 2011

No. 11–0494/AF.   U.S. v. Michael T. Nerad.   CCA 36994.   Review granted on the following issue:

> WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER,* AND *JONES*.

No briefs will be filed under Rule 25.

Tuesday, June 28, 2011

Misc. No. 11–8024/NA. U.S. v. John R. Davenport CCA 201000067. On consideration of the writ-appeal petition, it is ordered that said writ-appeal petition is hereby denied.

Wednesday, June 29, 2011

No. 11–0514/NA. U.S. v. Damien J. Autry. CCA 201100105. Review granted on the following issues:

> WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER* AND *JONES*.

No briefs will be filed under Rule 25.

No. 11–0529/AF. U.S. v. Matthew C. Roth. CCA S31834. Appellant's motion for leave to file an additional supplement granted.